UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **DORCAS D. CRAWFORD**, <br><br> *Plaintiff*, <br><br> v. <br><br> **MRS BPO, LLC,** <br><br> *Defendant*. | §<br>§<br>§<br>§<br>§  **EP-23-CV-00201-DCG**<br>§<br>§<br>§<br>§<br>§ |

## ORDER DISMISSING CASE WITH PREJUDICE

Plaintiff Dorcas D. Crawford has filed a notice dismissing her claims against Defendant MRS BPO, LLC with prejudice. Notice, ECF No. 12.

The Court accordingly **DISMISSES** this case **WITH PREJUDICE**. Each party shall bear its own attorney's fees and costs.

The Court **CLOSES** the case.

**So ORDERED and SIGNED this 20th day of September 2023.**

_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**